IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNIVERSAL ENVIRONMENTAL SERVICES LLC, ) ) ) | |
| Plaintiff, ) | Civil Action |
| vs. ) ) | No. 3:13-cv-00169-TCB |
| SUZETTE JEREZ a/k/a SUZETTE JEREZ NEAL, CARLOS BARRIA, PETROPIAR LLC, and NATIONAL PETROLEUM CORP, ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO CLAIMS AGAINST DEFENDANT CARLOS BARRIA ONLY

COMES NOW the Plaintiff and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulates, withdraws, and voluntarily dismisses its claims against Defendant Carlos Barria with prejudice. Defendant, by and through his undersigned counsel, hereby consents and stipulates to the dismissal of Plaintiff's claims. Each party will bear its own costs, expenses, and attorneys' fees.

*[consent signatures on next page]*

This 5th day of June, 2015.

CONSENTED TO BY:

| | |
|---|---|
| s/Meredith Riggs Guerrero | s/Rick L. Bradley |
| Joseph C. Chancey | *[signed by Meredith Riggs Guerrero* |
| Georgia Bar No.  120520 | *with express permission]* |
| jchancey@deflaw.com | Rick L. Bradley |
| Meredith Riggs Guerrero | GA Bar No. 075220 |
| Georgia Bar No. 214274 | garciabradley@bellsouth.net |
| mguerrero@deflaw.com | GARCIA & BRADLEY, P.C. |
| DREW ECKL & FARNHAM, LLP | 162 Grady Avenue |
| 880 W. Peachtree Street | Fayetteville, GA 30214 |
| Post Office Box 7600 | ***Counsel for Defendant Carlos Barria*** |
| Atlanta, Georgia  30357-0600 | |
| Telephone: (404) 885-1400 | |
| Facsimile:  (404) 876-0992 | |
| ***Counsel for Universal Environmental Services LLC*** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2015, I electronically filed the within and foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Rick L. Bradley

This 5th day of June, 2015.

                                          s/Meredith Riggs Guerrero
                                          Meredith Riggs Guerrero
                                          Georgia Bar No. 214274
                                          mguerrero@deflaw.com

DREW ECKL & FARNHAM, LLP
P.O. Box 7600
Atlanta, Georgia 30309
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992